Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Maria Gloria Lazo | **Case Number:** | 10-41037 |
| | | **Chapter 13** | |
| **Trustee:** | David G. Peake | **Judge:** | Jeff Bohm |

## AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 02/10/2016

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-RS5  As Serviced by Specialized Loan Servicing LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx5621 |

### Statement in Response as of: 05/09/2016

**1.   Pre-Petition Arrears - Court claim no. (if known): 9  (Docket Entry #149)**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing: _____
  Amount received from the Chapter 13 Trustee: _____

  Pre-Petition arrears remaining due: _____

**2.   Post-Petition Amounts**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
  Post-petition amounts remaining due: _____

**3.   Sign Here**

| | | | |
|---|---|---|---|
| Print Name: | Craig A. Edelman | | |
| Title: | Authorized Agent for Specialized Loan Servicing LLC | | |
| Company: | Buckley Madole, P.C. | /s/ Craig A. Edelman | |
| | | Signature | |

Address and telephone number:

05/09/2016
Date

  P. O. Box 9013
  Addison, TX 75001

| | | | |
|---|---|---|---|
| Telephone: | ((972) 643-6600 | Email: | POCInquiries@buckleymadole.com |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

     I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on May 9, 2016.

**Debtor** *Via U.S. Mail*
Maria Gloria Lazo
2022 Wycliffe Dr
Houston, TX 77043

**Debtors' Attorney**
Kenneth A. Keeling
Keeling Law Firm
3310 KATY FWY STE 200
HOUSTON, TX 77007

**Chapter 13 Trustee**
David G. Peake
9660 Hillcroft St. Suite 430
Houston, Texas 77096-3860

           Respectfully Submitted,

           /s/ Craig A. Edelman